# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:17-cv-00690-PPS-MGG |
| v. | ) |
| | ) |
| UNIVERSITY OF NOTRE DAME, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT UNIVERSITY OF NOTRE DAME'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant University of Notre Dame ("Notre Dame") hereby submits its Corporate Disclosure Statement, stating:

1. Notre Dame is a non-governmental corporate party.

2. Notre Dame does not have a parent corporation, and no publicly held corporation owns 10% or more of Notre Dame's stock.

3. Notre Dame is an Indiana nonprofit corporation with its principal place of business in Notre Dame, Indiana.

4. Notre Dame is organized exclusively for charitable, religious, educational, and scientific purposes within the meaning of 501(c)(3) of the Internal Revenue Code.

Dated: October 26, 2017                                                Respectfully submitted,

/s/ *Matthew Kennison*

Matthew Kennison
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington St., Suite 402
Ann Arbor, Michigan 48104
(312) 471-8758
Fax: 312-471-8701
Email: mkennison@rshc-law.com

*Attorneys for Defendant*
*University of Notre Dame*

Sandra L. Musumeci
Ryan P. Poscablo
RILEY SAFER HOLMES & CANCILA LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
Phone: 212-660-1000
Fax: 212-660-1001
Email: smusumeci@rshl-law.com
         rposcablo@rshc-law.com

Ronald S. Safer
Joy L. Anderson
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Phone: 312-471-8700
Fax: 312-471-8701
Email: rsafer@rshc-law.com
         janderson@rshc-law.com
         sfinch@rshc-law.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2017, I electronically filed a copy of the foregoing in the United States District Court for the Northern District of Indiana using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF-registered counsel of record:

Peter J. Agostino
Stephanie L. Nemeth
Bradly P. Colborn
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601

Parties may access this filing through the Court's system.

                /s/ *Matthew Kennison*