AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JANE DOE,

        Plaintiff

      v.                          **Civil Action No.**  3:17cv690

UNIVERSITY OF NOTRE DAME DU LAC,
*termed 07/05/2018*,
UNIVERSITY OF NOTRE DAME,

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Count I of the First Amended Complaint is DISMISSED.  Counts II and III are REMANDED to the St. Joseph County Circuit Court pursuant to 28 U.S.C. §1367(c)(1) and (3).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Motion to Dismiss by Defendant.

DATE:  November 28, 2018                     ROBERT N. TRGOVICH, CLERK OF COURT

                                                By:  s/ L. Higgins-Conrad
                                                     *Signature of Deputy Clerk*